The People of the State of New York ex rel. James Conway, Respondent, v. The Board of Fire Commissioners of the Village of Saratoga Springs et al., Appellants.

The People of the State of New York ex rel. Lott Delaney, Respondent, v. Same, Appellants.

*People ex rel.* v. *Fire Comrs.*, 90 Hun, 515, affirmed.
(Argued April 6, 1896; decided April 21, 1896.)

Appeals from orders of the General Term of the Supreme Court in the third judicial department, made December 3, 1895, which reversed, on certiorari, the proceedings of appellants in dismissing the relators from the fire department of the village of Saratoga Springs.

*A. W. Shepard* for appellants.

*James T. Brusnihan* for respondents.

Orders affirmed, with costs, on opinion below.
All concur.

---

In the Matter of the Application of The Mayor, etc., of the City of New York, Respondent, to Acquire Title to One Hundred and Thirty-sixth Street; Andrew J. Connick, Appellant.

*In re Board Street Opening, etc.*, 91 Hun, 477, affirmed.
(Argued April 6, 1896; decided April 21, 1896.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made September 18, 1895, which affirmed an order of Special Term appointing commissioners of estimate and assessment.

*James A. Deering* for appellant.

*David J. Dean* for respondent.

Order affirmed, with costs, on opinion below.
All concur.